IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-085 |
| v. | INFORMATION |
| ROBERT JAMES FARRELL, | T. 18 U.S.C. § 1344(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Introduction**

At all times material to this Information:

1. The defendant, ROBERT JAMES FARRELL, was a resident of Newton, Iowa, in the Southern District of Iowa.

2. In October of 1994, ROBERT JAMES FARRELL formed FARRELL PROPERTIES, INC., a real estate holding company that purchased distressed properties, renovated the properties, and re-sold them for a profit. FARRELL PROPERTIES, INC. also managed a portfolio of rental properties.

3. FARRELL PROPERTIES, INC. held business bank accounts at Bank Iowa (formerly First State Bank of Colfax) in Colfax, Iowa; Advantage Credit Union in Newton, Iowa; and Pinnacle Bank in Marshalltown, Iowa.

4. Bank Iowa and Pinnacle Bank were insured by the Federal Deposit Insurance Corporation. Advantage Credit Union was insured by the National Credit Union Administration.

1

### The Scheme and Artifice to Defraud

5. Beginning at least on or about December 2015, and continuing through at least on or about May 2020, in the Southern District of Iowa, ROBERT JAMES FARRELL, defendant herein, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud Bank Iowa, Advantage Credit Union, and Pinnacle Bank.

6. It was part of the scheme and artifice that ROBERT JAMES FARRELL knowingly and intentionally engaged in check kiting between the three financial institutions, shuffling money between his business accounts to make it appear he had enough money in each bank account to cover his outstanding checks. Check kiting is a scheme which artificially inflates bank account balances, in accounts that are under common control, for purposes of obtaining unauthorized use of bank funds, through the systematic exchanging or swapping of checks between these accounts, in a manner which is designed to misuse the float in the banking system.

7. It was further part of the scheme and artifice that ROBERT JAMES FARRELL would and did create the impression of having larger balances in each of the bank accounts by carefully timing deposits and checks between the accounts and taking advantage of the time needed for checks to clear. By doing so, ROBERT JAMES FARRELL caused Bank Iowa, Advantage Credit Union, and Pinnacle Bank to honor checks drawn against accounts with insufficient funds and put the banks at risk of loss. The appearance of sufficient funds was material in the release of the money from each financial institution.

8. ROBERT JAMES FARRELL'S scheme to defraud caused the financial institutions to be at risk of monetary loss and resulted in approximately $2 million in loss to Bank Iowa and approximately $2.7 million in loss to Advantage Credit Union.

### Count 1
### (Bank Fraud)

8. Paragraphs 1-8 of the Information are re-alleged and incorporated herein.

9. On or about March 20, 2020, in the Southern District of Iowa, the defendant, ROBERT JAMES FARRELL, for the purpose of executing and attempting to execute the scheme and artifice to defraud Bank Iowa and Advantage Credit Union as to material matters, knowingly and intentionally deposited Check Number 15358 for $97,806, from FARRELL'S Bank Iowa business account, into FARRELL'S Advantage Credit Union business account, knowing he did not have sufficient funds in the Bank Iowa account to fund his Advantage Credit Union account.

This is a violation of Title 18, United States Code, Section 1344(1).

Richard D. Westphal
United States Attorney

By: _____
Rachel J. Scherle
Assistant United States Attorney