# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 4:22-cr-00085-SMR-HCA  :  Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. ROBERT JAMES FARRELL

---

| | |
|---|---|
| Gov. Atty(s): Rachel J. Scherle | Indictment    Superseding Indictment    ✔ Information |
| Def. Atty(s): David N. Fautsch | In  1  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | 18:1344(1) Bank Fraud (1) |
| Interpreter: N/A | |

Date: July 25, 2023
Time Start: 10:57 a.m.   Time End: 11:30 a.m.

---

✔ Defendant reaffirmed guilty plea to Count(s) 1   :   Court adopted findings of Final PSR
☐ Jury    ☐ Court guilty verdict to Count(s)      :   ✔ Final PSR as amended

Minutes:

Defendant appears with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Court grants removal of sophisticated means enhancement. After adjustment, Total Offense Level = 24; Criminal History Category = I; Guideline Imprisonment Range = 51 to 63 months. Parties argue appropriate sentence. Defendant allocutes. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 26 months on Count 1. Upon release, Defendant shall serve a supervised release term of 5 years. Court recommends placement at FPC Yankton or near Central Iowa. Court ordered $2,446,859.07 in restitution. $100 Special Assessment to the Crime Victims' Fund Assessment.

Defendant shall remain on conditions of release to surrender to the designated BOP institution.

/s/ Kandy Sands
Deputy Clerk